[No. 61329-4-I.   Division One.   January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01984-3, Michael Hayden, J., entered February 4, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61338-3-I.   Division One.   January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE STEEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07085-7, Richard D. Eadie, J., entered February 19, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61347-2-I.   Division One.   January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMONE PRATT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02867-2, Richard D. Eadie, J., entered February 25, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61351-1-I.   Division One.   January 20, 2009.]

MARVIN BEHAR, *Appellant*, v. CITY BANK, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-06898-8, Richard J. Thorpe, J., entered February 7, 2008. *Affirmed* by unpublished per curiam opinion.